IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 21 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

|  |  |  |
|---|---|---|
| ANDY DESTY, | ) | |
|     Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. **1:24-CV-2227** |
| v. | ) | |
| | ) | |
| EXETER FINANCE, LLC/AUTONATION NISSAN | ) | IN RE: CLASS ACTION LAWSUIT |
| MARIETTA | ) | |
| Defendant. | ) | |

## CEASE-AND-DESIST COMPLAINT

**Pursuant to:**

*\*15 USC § 57(b) - Civil actions for violations of rules and cease and desist orders*

*respecting unfair or deceptive acts or practices.*

*\*The Securities Exchange Act of 1934 Section 21(c)* **- of Order Instituting Cease-**

**And-Desist Proceedings, Making Findings and Imposing a Cease-And-Desist Order.**

*\*20 USC § 1234(e) - Review and evidentiary functions*

*\*12 CFR 1209.5 - Cease and desist proceedings.*

*\*7 CFR 1.175 - Procedure Following Entry of Cease-and-Desist Order…*

COMES NOW, Plaintiff, **Andy: Desty**, brings this matter before The United States

District Court for The Northern District of Georgia Atlanta Division following a

DEMAND TO CEASE AND DESIST COLLECTION ACTIVITIES sent to Defendant

Exeter Finance, LLC on April 17, 2024, PRIOR TO A NOTICE OF RESCISSION sent

to Defendant Exeter Finance, LLC on January 4, 2024, AND A COMMERCIAL

NOTICE OF DEFAULT AND OF AFFIDAVIT OF CONDITIONAL ACCEPTANCE

sent to the Defendant Exeter Finance, LLC on March 7, Anno Domini 2024. **(See**

**ATTACHMENTS A1, A2, A3, B, and C for evidence)**

This Complaint is in compliance with and under these following laws:

**Securities Exchange Act of 1934 Section 21(c)**
**42 USC § 408 A-8**
**20 USC § 1234(e) / 12 CFR 1209.5 / 7 CFR 1.175**
**15 USC § 57(b)**
**15 USC § 1601, 1692 et seq.**
**12 CFR § 1026.23 Section D (1)(2)(3)**
**15 USC § 1635**
**15 USC § 1605(a)**
**31 USC § 3123**
**TWEA 7e8a (Trading with the Enemy Act)**

**Plaintiff** brought this matter to Court for the following causes below:

   (1) **Pursuant** to *15 USC § 1635, 15 USC § 1605(a),* Defendant failed to comply

       with Plaintiff's Notice of Rescission.

       a) On January 4, 2024, Plaintiff sent a Notice of Rescission to the above-

          Defendant via the United States Postal Service Certified Mail Receipt

tracking number **7022 0410 0003 2883 2318** to rescind a Consumer

Credit Transaction that was created between Plaintiff and Defendant,

where Defendant gave false, deceptive, and inaccurate information to

Plaintiff during the transaction. (*See* **ATTACHMENTS C, and D)**

b) One of the Defendant's CFOs failed and refused to provide to Plaintiff

the statement showing where Exeter Finance, LLC gave their money or

their credit to the dealership in order for Plaintiff to leave the dealership's

premises with the property after Plaintiff's request to the Defendant on a

phone conversation between Plaintiff and one of the Defendant's

customer representatives that has stated to Plaintiff that Exeter Finance,

LLC paid the dealership the total price of the vehicle for Plaintiff to drive

off with the vehicle.


(2) **Pursuant** to *12 CFR 1026.23 (d)(2)*, the Defendant was in Default when

Plaintiff mailed to Defendant the commercial notice of conditional

acceptance (Notice of Rescission) to which Plaintiff received no response.

Thereafter, Plaintiff mailed a **Commercial Notice of Default** to Defendant

via the United States Postal Service Certified Mail Receipt tracking number

**7022 0410 0003 2883 2264** to inform the Defendant that Defendant had

agreed to Plaintiff's conditions stated in the Notice of Rescission since

Defendant has failed to respond. *(See* ATTACHMENTS B, E as evidence)

a) **Pursuant to** the Commercial Notice of Default and of Affidavit of

Conditional Acceptance, Defendant and Plaintiff have agreed on all

points in the enclosed Commercial Affidavit that Plaintiff is under NO

obligation to pay Defendant's alleged promissory note.

b) Plaintiff further accepted Defendant's Default in dishonor and in

commerce to discharge the alleged obligation to pay this instrument.

c) Defendant and Plaintiff further agreed that Plaintiff has the right to

continue to engage commerce at Defendant's expense and establishment

without recourse UNTIL DEFENDANT SEND TITLE OF THE

MOTOR VEHICLE TO PLAINTIFF because **Pursuant to** *12 CFR*

*1026.23 Section D (3)*, Plaintiff has decided to keep the vehicle

(property).

d) Defendant further agreed that if Defendant create barriers to block

Plaintiff to engage in commerce with Defendant's establishment either by

demanding something that is unacceptable in the eyes of the law of the

land, or by asking Plaintiff to make unreasonable or any kind of payment

toward a debt that could not be proven, Defendant will be charged

$5,000.00 (Five Thousand United States Dollars) **per** instance, and

$5,000.00 (Five Thousand United States Dollars) **per** hourly rate, and

$5,000.00 (Five Thousand United States Dollars) **per** hour for going to

Court plus all related expenses.

e) Defendant also agreed that Plaintiff bills in whole hour increments. So,

that means one hour and one minute will be billed as two hours.

(3) **Pursuant to** *42 USC § 408 A-8* the Defendant has caused Plaintiff to disclose

Plaintiff's Social Security Number to Defendant against Plaintiff's will, which is

in direct violation of the laws of the United States. The Defendant is guilty of a

felony and upon conviction thereof shall be fine under title 18.

(4) Pursuant to *15 USC § 57(b),* **and the ATTACHMENTS F1 and F2 of this**

**Complaint,** the Defendant violates the rule under this subchapter respecting unfair

or deceptive acts or practices, which are *Civil actions for violations of rules and*

*cease and desist orders.* The Defendant keeps harassing Plaintiff by sending

Plaintiff several mails, email, text message demanding bills that don't have

anything to do with Plaintiff. (*See* **ATTACHMENTS F1, F2, F3, F4, and F5 as**

**evidence)**

(5) **Defendant** conspired and conducted unauthorized and unlawful business with third parties under the name of Experian, Equifax, and Transunion without the verbal or written Consent of Plaintiff. Defendant violated the *Privacy Act* **pursuant to** *15 USC § 1681 S-2 1(A)(B) "The Consumer Credit Protection Act"* *– Right to Privacy*, by receiving, reporting and sharing Plaintiff's confidential and personal information to those third parties mentioned above, and **Pursuant to** the *Privacy Act's Disclosure Provision of 1974, which is codified in 5 U.S. Code § 552a(b) - Records maintained on individuals and the Republic Act No. 10173 also known as the Data Privacy Act of 2012 (DPA).*

(6) **Also,** when the Defendant responds to this Complaint, and that is **IF DEFENDANT RESPONDS**, Plaintiff asks the Court for the Defendant to provide or show to the Court a clear Plaintiff's signature that was signed and deposited on the Consumer Credit Transaction on January 2, 2024, between Plaintiff and Defendant... That way the Court will see what Plaintiff's signature defines within the transaction.

(7) Defendant unlawfully charged Plaintiff a cash down payment in the amount of $3,000.00 (THREE THOUSAND UNITED STATES DOLLARS) where Plaintiff was told from the Defendant that the down payment was needed to

be added to the Finance Charge of the transaction, which clearly violated *15 USC § 1605(a),* **and constituted FRAUD.**

So, for all that have been said and proven lawfully above, COMES again, Plaintiff, Andy Desty, in direct request and support of this Complaint to the Court, also noticing the Clerk of this Court and all counsels or parties of the same that the Defendant EXETER FINANCE, LLC has been causing lots of harassments to the Plaintiff of this Complaint. **Pursuant to** *The Securities Exchange Act of 1934 Section 21(c)* **- of Order Instituting Cease-And-Desist Proceedings, Making Findings and Imposing a Cease-And-Desist Order**, and **Pursuant to** *15 USC § 57(b) - Civil actions for violations of rules and cease and desist orders respecting unfair or deceptive acts or practices, and other laws mentioned above,* Plaintiff hereby imposes a Cease-and-Desist Order on Defendant. The above Act and the laws stated herein deem it appropriate that cease-and-desist proceedings be against the Defendant EXETER FINANCE LLC, and that Plaintiff is entitled and needs to be compensated for the cause of Defendant's damages, dishonor and Consent to the entry of this Order. **(See ATTACHMENTS A1, A2, and A3 for evidence)**

# ORDER TO CLERK OF COURT TO PERFORM SPECIFIC MINISTERIAL ACTS IN ACCORDANCE WITH SUPREME COURT OF THE UNITED STATES MATTER "*United States v. Lombardo, 241 U.S. 73, 76-77, 36 S.Ct. 508, 60 L.Ed. 897 (1916)*"

- The Clerk of the Court is a ministerial position not having authority of a tribunal and therefore the Clerk of the Court is required to carry out the ministerial duties of a clerk. The ministerial duties of a court clerk do not allow the office of the court clerk to act as a tribunal and make legal conclusions resulting in the dismissal of court motions and petitions before reaching the court.

- Under *Federal Rules of Evidence 201(d)* this court and its clerk's office must take judicial notice of an adjudicated fact by The Supreme Court in matter of *Mathews v. Eldridge, 424 US 319 (1976)* where the fundamental requirement of due process is the opportunity for the movant to be heard at a meaningful time and in a meaningful manner inside a courtroom before a judicial officer. The undersigned is filing court pleadings which includes legal arguments that are supported by adjudicated facts. The undersigned may be introducing evidence with the court pleadings and thereby refusal to accept and docket pleadings is consistent with obstruction of evidence and obstruction with due process.

- Thereby, this clerk's office and its employees' refusal to accept and docket court complaints/pleadings/motions or documents will be involved in violating the secured rights and privileges of the undersigned or Plaintiff, and this document will serve as proof in future proceedings for damages, that this clerk's office was given the opportunity to correct its actions but refused to accept and file the paperwork brought by the Plaintiff or the undersigned.

- The clerk's office must accept possession and file pleadings regardless of local rules and thereby cannot refuse to accept possession under the claim of local rules. The standard for the clerk's office to accept possession and file motions or complaints, or pleadings can be found under *United States v. Lombardo, 241 U.S. 73. 76-77, 36 S.Ct. 508, 60 L.Ed.897 (1916).*

- Under Full Faith and Credit Clause under Article 4 Section 1 of the United States Constitution, this Court must honor judgments by courts within the territories of the United States of America, from the highest to the lowest Courts, especially the highest court on the land, which is the Supreme Court of the United States.

- The provisions of the Federal Rules of Civil Procedure concerning filing supplement follows the Lombardo approach: *The provisions of the Federal Rules of Civil Procedure concerning filing supplement, rather than alter, the Lombardo*

approach: *"The clerk shall not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or any local rules or practices." Stone Street Capital, Inc. v. McDonald's Corp., 300 F. Supp. 2d 345 - Dist. Court, D. Maryland]* The clerk of the court, like a recorder, is required to accept pleadings and file them.

- The duty of the clerk is to make his record correctly represent the proceedings in the case. Wetmore v. Karrick, 27 S. Ct. 434, 205 U.S. 141 (U.S. 03/11/1907 Failing to file documents presented and reflect the documents on the docket is a failure to perform the ministerial duties of the Clerk of Court.

## POTENTIAL VIOLATIONS OF LAWS BY REFUSAL TO ACCEPT PLEADINGS

**Pursuant to *18 U.S. Code § 2076* - Clerk of United States District Court – QUOTE:**

*"Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both."*

**Pursuant to *18 U.S. Code § 2071(a)(b)* - *Concealment, removal, or mutilation generally* – QUOTE:**

**"Concealment, removal, or mutilation generally –**

*(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.*

*(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States."*

**Pursuant to** *18 U.S. Code § 1512(a)(1)(b)(c)* **- Tampering with a witness, victim, or an**

**informant – QUOTE:**

*(a)(1) Whoever kills or attempts to kill another person, with intent to:*

*—(A) prevent the attendance or testimony of any person in an official proceeding;*

*(B) prevent the production of a record, document, or other object, in an official proceeding; or*

*(C) prevent the communication by any person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be punished as provided in paragraph (3).*

*(2) Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to:*

*—(A) influence, delay, or prevent the testimony of any person in an official proceeding;*

*(B) cause or induce any person to—(i) withhold testimony, or withhold a record, document, or other object, from an official proceeding;(ii) alter, destroy, mutilate, or conceal an object with intent to impair the integrity or availability of the object for use in an official proceeding;(iii) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or(iv) be absent from an official proceeding to which that person has been summoned by legal process; or*

*(C) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, supervised release, parole, or release pending judicial proceedings; shall be punished as provided in paragraph (3).*

**For** the purposes and the lawful reasons stated above, Plaintiff is seeking compensation as awarding monetary relief for full damages caused by the Defendant in favor of the Plaintiff. And the amount must be paid to Plaintiff, ANDY DESTY, who is the victim of this fraud in the amount of $1,000,000.00 (ONE MILLION United Stated Dollars) to cure the Defendant's dishonor pursuant to all the **laws stated above.**

Submitted this 21st day of May 2024.

Without Prejudice, without recourse UCC 1-308

_____

Andy: Desty
c/o 3495 Buckhead Loop NE Ste 18879
Atlanta, Georgia [30326]

## CERTIFICATE OF SERVICE

I, ANDY DESTY, Plaintiff hereby certify that a true and correct copy of the foregoing has been filed with the Court Clerk and the copy has been provided to the Court Clerk and to the Defendant's representative(s) via the United States Postal Service REGISTERED MAIL Tracking Number: RF827680811US by the refenced contact below:

**The Clerk of Court**
**22nd Floor of the United States Courthouse**
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

**EXETER FINANCE, LLC**
JASON GRUBB (CEO)/CFO or any other Responsible Individual at EXETER Finance, LLC
3885 Crestwood Pkwy NW #530
Duluth, GA 30096
Tel: 800-321-9637

OR

2101 W. JOHN CARPENTER FREEWAY
IRVING, TX 75063

**(See ATTACHMENT G for Company Corporate details and Info)**

Andy: Desty
c/o 3495 Buckhead Loop NE Ste 18879
Atlanta Georgia 30326

April 17, 2024

REGISTERED MAIL & Return Receipt No. RF 827 680 900 US
CERTIFIED MAIL & Return Receipt No. 7022 0410 0002 4379 5170
EXETER FINANCE.
3885 Crestwood Pkwy NW #530
Duluth, GA 30096
Tel: 800-321-9637
OR
P.O. BOX 166008
Irving, TX 75016

*Attachment A1*

Alleged Account Number: 1359985

## DEMAND TO CEASE AND DESIST COLLECTION ACTIVITIES PRIOR TO NOTICE OF RESCISSION AND A COMMERCIAL NOTICE OF DEFAULT AND OF AFFIDAVIT OF COMMERCIAL ACCEPTTANCE

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

This notice is in compliance with and under the following laws:
**42 USC § 408 A-8**
**15 USC § 1601, 1692 et seq.**
**12 CFR § 1026.23 Section D (1)(2)(3)**
**15 USC § 1635**
**15 USC § 1605(a)**
**31 USC § 3123**

**Pursuant to the Fair Debt Collection Practices Act, Full Faith and Credit Act, TILA, Privacy Act and Regulation Z,** this constitutes timely written notice that I decline to pay again the attached erroneous purported debt which was, NOT ONLY, signed and attested as "ACCEPTED FOR HONOR TWEA 7e8a, PAID TO THE ORDER OF THE UNITED STATES OF AMERICA WITHOUT RECOURSE," which you have agreed and accepted, but also which makes you criminally and civilly liable when you to keep harassing me as the affiant/the consumer with all your phone calls, and that you are criminally and civilly liable for all actual

damages pursuant to the laws stated above, in which I hereby cancel in its entirety without dishonor on the grounds of breach, false representation and fraud by you **pursuant to 15 USC § 1692c(c) et seq. QUOTE**:

*Communication in connection with debt collection -*

*(c) CEASING COMMUNICATION If a* <u>consumer</u> *notifies a* <u>debt</u> *collector in writing that the* <u>consumer</u> *refuses to pay a* <u>debt</u> *or that the* <u>consumer</u> *wishes the* <u>debt</u> *collector to cease further* <u>communication</u> *with the* <u>consumer</u>, *the* <u>debt</u> *collector shall not communicate further with the* <u>consumer</u> *with respect to such* <u>debt,</u> *except—*

*Only Communication allowed is: (1) Debt collector states all termination to collect are terminated; (2) Allows consumer to invoke their status of creditor to receive their specified remedy; (3) Allows for the notification of the intention to invoke specified remedy; (4) If the notice is delivered by mail the cease and desist is started upon the receipt of when the mail is sent.*

15 U.S.C. §1692(e) states that a "false, deceptive, and misleading representation or means in connection with the collection of **any** debt" includes the false representation of the character of legal status of **any** debt and further makes a threat to take any action that cannot legally be taken a deceptive practice.

Take notice that you are in insurrection and rebelling, arguing the authority and validity of the United States laws.

Such Notice omits information which should have been disclosed, such as citations, disclosing that agency's jurisdictional and statutory authority. Said Notice further contains, false, deceptive and misleading representations, and allegations intended to intentionally pervert the truth for the purpose of inducing one, in reliance upon such, to part with property belonging to them and to surrender certain substantive legal and statutory rights. To act upon this Notice would divest one of his and/or her property and/or their prerogative rights, resulting in legal injury.

**Pursuant to** 12 CFR § 1026.23 Section D (1)(2)(3) - <u>**Right of Rescission,**</u> you have received NOTICE OF RESCISSION **(as EXHIBIT A also attached)** from affiant/consumer on January 16, 2024, received by your agent via USPS tracking number **70220410000328832318** and via your customer service email addresses, and you failed to reply.   if you had evidence to validate the claim that the attached presentment does not constitute fraudulent misrepresentation and that one owes this alleged debt, you could have reponed to that demand within 20 days by law. After Affiant/consumer realized you did not respond and that you were in Default by law, affiant sent you a **"Commercial Notice of Default and of Affidavit of Conditional Acceptance," (as EXHIBIT B also attached)** which you received on March 16, 2024 with USPS tracking number **70220410000328832264** and via your customer service email addresses, and again you failed to respond and failed to provide what was asked after you being held in Default. Besides, you keep harassing me as the consumer. Based on your failure to follow the

law, and based on your insurrection and rebelling, arguing the authority and validity of the United States laws, you have no jurisdiction to continue any collection activities of this unexisting debt, including, but not limited to, reporting to any/all credit bureau reporting agencies.

This is a constructive notice that, you must cease and desist and and all collection activity and are prohibited from contacting me, through mail, by telephone, in person, at my home, or at any place, wherever, however and whenever. You are further prohibited from contacting anyone related to me, or anyone I conduct business with, directly or indirectly. Each and every attempted contact, in violation of this Act, will constitute harassment, defamation of character, and slander of credit of reputation which you are already subject to. And this will continue subject your agency and/or board, and any and all agents in his/her/their individual capacities, who take part in such harassment, and duration, to a liability for actual damages, as well as statutory damages of $5,000.00 for each and every violation PER MINUTE, and any further liability for legal fees to be paid to any counsel which I may retain.

**Further, because you have absented yourself from responding to my Notice of Rescission after 20 days and Notice of Default of this alleged debt, you are prohibited from proceeding with the repossession of the property and are also barred from reporting any derogatory credit information to any Credit Reporting Agency, regarding this disputed purported debt.**

In <u>Musgrove v. Musgrove,</u> 213 Ga. 610, 100 S.E.2d 577 (1957). One who comes into a court of equity with unclean hands must be denied relief.

*213 Georgia Code 610,* One will not be permitted to take advantage of one's own wrong. <u>Musgrove v. Musgrove,</u> 213 Ga. 610, 100 S.E.2d 577 (1957).

#### NOTICE TO CLERK AND/OR RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**SUBSCRIBED AND AFFIRMED:** On this ___ day of ___ , 2024 AD before me appeared Andy: Desty, known to me or proved to me on the basis of satisfactory evidence to be the man whose name is subscribed on this **Statute Staple Securities Instrument.**

_____
Notary Public

SEAL:

**My Commission**
Expires ___

LS:

_____
_ without prejudice
UCC 1-308

Andy: Desty,
Executor/Affiant/Consumer/Bailor

I, the undersigned, do hereby swear or affirm that the stated policy of Andy: Desty to present this "CEASE AND DESIST NOTICE" to EXETER FINANCE or EXETER FINANCE LLC, all law enforcement officers, agents, or Representatives of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Georgia", i.e., "Republic of Georgia," or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF GEORGIA", or ANY STATE or by whatever name same may currently be known or be hereafter named, and the like, anytime that Affiant/Executor/Demandant/Secured Party has any interaction with them.

LS:

_Mary Valentine_

Sincerely,

By: _andy : desty_



**Registered No.** RF827680900US

**Date Stamp**

Postage $ $1.87

Extra Services & Fees
☐ Registered Mail $ $22.55
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $3.65
☐ Restricted Delivery $ $0.00

Customer Must Declare Full Value $ 519.00 $519.00

Extra Services & Fees (continued)
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees $

Received by
04/26/202

APR 26 2024

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Andy : Desty
DOUGLASVILLE, GA 30135
3495 Buckhead LoopNE ste 18879
Atlanta, GA 30326

TO: Exeter Finance/slo CEO & CFO
3885 Crestwood Pkwy NW #530
Duluth, GA 30096

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

Attachment A₂



UNITED STATES
POSTAL SERVICE.

DOUGLASVILLE
6000 STEWART PKWY
DOUGLASVILLE, GA 30135-9998
(800)275-8777

04/26/2024                    12:09 PM
----------------------------------------
Product          Qty   Unit    Price
                       Price
----------------------------------------
First-Class Mail®  1            $1.87
Large Envelope
  Duluth, GA 30096
  Weight: 0 lb 2.70 oz
  Estimated Delivery Date
  Mon 04/29/2024
Registered Mail®                $22.55
  Amount: $519.00
  Tracking #:
    RF827680900US
Return Receipt                  $3.65
  Tracking #:
    9590 9402 8074 2349 9080 60
Total                           $28.07
----------------------------------------
Grand Total:                    $28.07
----------------------------------------
Cash                            $22.29
Credit Card Remit               $5.78
  Card Name: VISA
  Account #: XXXXXXXXXXXX5149
  Approval #: 027469
  Transaction #: 880
  AID: A0000000980840   Contactless
  AL: US DEBIT
----------------------------------------

     The Maximum Indemnity Insurance
compensation for loss, damage, or missing
  contents is limited to $50,000.00 for
            Registered Mail®.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

  In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
      Associate can show you how.

    Save this receipt as evidence of
insurance. For information on filing an
          insurance claim go to
  https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

          Preview your Mail
         Track your Packages
          Sign up for FREE @
  https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,





## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Irving, TX 75016

| | | |
|---|---|---|
| Certified Mail Fee | $4.40 | |
| $ | $3.65 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $1.16 | |
| $ | | |
| Total Postage and Fees | | |
| $9.21 | | |

Sent To Exeter Finance LLC / CFO/CEO
Street and Apt. No., or PO Box No. P.O. Box 166008
City, State, ZIP+4° Irving, TX 75016

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark Here
APR. 25. 2024
04/25/2024

7022 0410 0002 4379 5170

Attachment A3



## UNITED STATES
## POSTAL SERVICE.

CONYERS
1705 HIGHWAY 138 SE
CONYERS, GA 30013-9998
(800)275-8777

04/25/2024                          04:49 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.16 |
| Duluth, GA 30096 | | | |
| Weight: 0 lb 2.60 oz | | | |
| Estimated Delivery Date | | | |
| Sat 04/27/2024 | | | |
| Return Receipt | | | $3.65 |
| Registered Mail® | | | $22.55 |
| Amount: $700.00 | | | |
| Mails Rate Quote | | | -$27.36 |
| Total | | | $0.00 |
| First-Class Mail® Letter | 1 | | $1.16 |
| Irving, TX 75016 | | | |
| Weight: 0 lb 2.50 oz | | | |
| Estimated Delivery Date | | | |
| Mon 04/29/2024 | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: | | | |
| 70220410000243795170 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: | | | |
| 9590 9402 8074 2349 9116 40 | | | |
| Total | | | $9.21 |

Grand Total:                              $9.21

Cash                                     $20.00
Change                                  -$10.79

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

From:  **Andy and Prudence Desty**, man and wife, *suae potestate esse*,
Two of the sovereign People living in Georgia – hereinafter "**Demandants**"
In care of: Post Service Address 3495 Buckhead Loop NE, Ste 18879
Atlanta Georgia,
[GA30326GA]
unitedStates of America

Serviced by: **USPS Certified Mail Receipt Number** 7022 0410 0003 2883 2318
[delivered at 5:16 p.m. on January 16, A. D. 2024 in Marietta, Georgia, item was signed for by William E.]

To: **AutoNation Nissan Marietta, Holly Handelman**, *in esse*, d.b.a. Chief Financial Officer of
Reconveyance Department, *in esse*; and, all other officers or employees, *in esse*, as agents of
"AUTONATION NISSAN MARIETTA", hereinafter "**Debt Collector**", putatively lawfully
acting for / on behalf of "AUTONATION NISSAN MARIETTA" solely as nominee for
"EXETER FINANCE", alleged beneficiary, hereinaftercollectively "**respondent**"
c/o AutoNation Nissan Marietta
925 Cobb Parkway SE [near: 30060]
Marietta, Georgia,
United States of America

*Attachment B*

March 7, Anno Domini 2024

## <u>Commercial Notice of Default and of Affidavit of Conditional Acceptance</u>

We mailed to you on January 4, 2024 a commercial notice of conditional acceptance, which was a Notice of Rescission to which we received no response. Therefore, we now have an agreement between the parties which are you (Autonation Nissan Marietta or Exeter Finance) and us (Andy and Prudence Desty). We now have an agreement on all points in this enclosed Commercial Affidavit. You and us further agree that we, Andy and Prudence Desty, are under no obligation to pay you your alleged promissory note where you might be trying to collect payments for while engaging in commerce at any branch of your establishment after falsely misleading us by not completely disclose the full contract of the motor vehicle to us. We further accept your Default in dishonor and in commerce to discharge the alleged obligation to pay this instrument from the first Notice we have sent to you via this certified Mail Receipt No. 7022 0410 0003 2883 2318. We further agree that we have the right to continue to engage in commerce at your establishment without recourse UNTIL YOU SEND US THE TITLE OF THE MOTOR VEHICLE because we have decided to keep the vehicle **pursuant to:**

**12 CFR 1026.23 Section D (1)(2)(3)**

<u>**THE RIGHT OF RESCISSION**</u>

QUOTES:

*(d) Effects of rescission.*

*(1) When a <u>consumer</u> rescinds a transaction, the <u>security interest</u> giving rise to the right of rescission becomes void and the <u>consumer</u> shall not be liable for any <u>amount</u>, including any finance charge.*

*(2) Within 20 calendar <u>days</u> after receipt of a notice of rescission, the creditor shall return any money or property that has been given to anyone in connection with the transaction and shall take any action necessary to reflect the termination of the <u>security interest</u>.*

*(3) If the creditor has delivered any money or property, **the <u>consumer</u> may retain possession until the creditor has met its <u>obligation</u> under <u>paragraph (d)(2)</u> of this section**. When the creditor has complied with that paragraph, the <u>consumer</u> shall tender the money or property to the creditor or, where the latter would be impracticable or inequitable, tender its reasonable value. At the <u>consumer's</u> option, tender of property may be made at the location of the property or at the <u>consumer's</u> residence. Tender of money must be made at the creditor's designated place of business. **If the creditor does not take possession of the money or property within 20 calendar <u>days</u> after the <u>consumer's</u> tender, the <u>consumer</u> may keep it without further <u>obligation</u>**.*

And as engaging in commerce is a God-given right, and as your business is governed by a public license, to prevent us entry to your establishment under the sole reason of our God-created faces being exposed as we have done before at your establishment is to cause us damage. You hereby agree to the enclosed FE Schedule, preventing entry to your establishment or creating a barrier to engage in commerce with your establishment because you are demanding something that is unacceptable in the eyes of the Law of the land:

- $5,000.00 per instance,
- Hourly rate is $5,000.00 per hour.

Please note that our hourly rate applies anytime we are engaged by your employees after advising them of our agreement. This hourly rate also applies if we have to spend time interacting with police as a result of any action by your employees, agents, or assignees.

Charge for going to court to enforce our agreement:

- $5,000.00 per hour plus all related expenses.

Please note that we bill in whole hour increments. One hour and one minute will be billed as two hours.

## <u>Notice of Default in Dishonor: Discharge of Obligation to Pay Instrument; and, Lawful Demand for Reconveyance</u>

**Regarding:** Claim(s) made by "AUTONATION NISSAN MARIETTA"
solely as nominee for "EXETER FINANCE" as the alleged owner or current holder-in-due-course of the Demandants' original **Promissory Note** se- cured by the **Deed of Trust** dated "1/2/2024" against the private property commonly known as 2018 FORD EDGE with VIN: 2FMPK4K9XJBC18776, owned by the Demandants.

Greetings **Autonation Nissan Marietta, Holly Handelman or whoever this may concern**, *in esse, et alia*,

This is a **Notice of Default in Dishonor** to the live agents of respondent upon the Commercial Instrument entitled "Notice of Right of Rescission and Proposed Structured Settlement", accepted by the duly authorized agent of the Debt Collector at 0:00 a.m. (midnight) on Tuesday February 6, A. D. 2024 in Marietta, Georgia, as evidenced by U.S.P.S Certified Mail Receipt Number 7022 0410 0003 2883 2318.

By Federal Law contained in the aforesaid commercial Instrument, the **duly authorized** live agent(s) of respondent was(were) under obligation to timely and in good faith respond, protest and/or honor Demandants' Presentment within twenty (20) hours.

The failure of "AUTONATION NISSAN MARIETTA", as the alleged owner or current holder-in-due-course of the Demandants' original Promissory Note, to honor the Demandants' Proposed Structured Settlement Offer in Notice of Rescission, even after the Demandants and Federal Law, in **good faith**, have allowed the live agents of respondent a twenty (20) day-period as an opportunity for

"AUTONATION NISSAN MARIETTA" to cure its Fault, is an intentional **Dishonor** in Commerce, which places "EXETER FINANCE" in irrevocable Default in the instant private commercial Matter.

By the Debt Collector's principal's Default, the live agents of respondent, joint and several, by operation of commercial Contract Law, are deemed to be acting in **bad faith**, in violation of public trust, bond, and/or ministerial duty to do that which is right, if said live agents fail to promptly reconvey, by a duly recorded Trustee's Deed of Reconveyance, the private property commonly known as **2018 FORD EDGE with VIN: 2FMPK4K9XJBC18776** to be fully and completely transferred or back to the Demandants names, ANDY DESTY, PRUDENCE S. DESTY, also by providing the property title and return all monies paid; or, proceed with any action, judicial or non-judicial, contrary to interests and property rights of the Demandants in the instant private commercial Matter.

Therefore, this Presentment in Commerce is also a **Notice of Discharge of Obligation to Pay Instrument** and **Lawful Demand for Re!conveyance** to the live agent(s) of respondent upon any and all commercial Instruments (*e.g.*, Promissory Note) between the Grantee and the Grantors, for instance pursuant to the **Oregon Uniform Commercial Code** (ORS Chapters 71 through 79); including, **ORS 73.0308** for failure to bear the burden of proof of signature and status as holder or holder-in-due-course; **ORS 73.0309** for failing to prove the terms of the instrument and the right to enforce a lost, or destroyed instrument; **ORS 78.4050** for returning a certificated security lost, destroyed or wrongfully transferred; and, **ORS 73.0301** and **ORS 73.0603** for allowing **discharge** if tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the **tender is refused**.

Consequently, live agents of "EXETER FINANCE" **must** immediately **surrender** and return the following items to the Demandants **within** ten (10) days of the receipt by the Credit Provider of this **Notice of Default in Dishonor, Discharge of Obligation to Pay Instrument**; and, **Lawful Demand for Re!conveyance**:

> Surrender and return by the live agents of "EXETER FINANCE and AUTONATION NISSAN MARIETTA" of the properly <u>cancelled</u> **original Promissory Note** issued on "1/02/2024", to the Makers of said Note, the Demandants herein, marked and certified "PAID IN FULL".

> A duly recorded Trustee's Deed of Reconveyance, which reconveys the private automobile commonly known as 2018 Ford Edge Color Red with VIN: 2FMPK4K9XJBC18776 back to the Demandants.

Should the live agent(s) of respondent, joint and several, fail, refuse or neglect to lawfully respond to this **Notice of Default in Dishonor, Discharge of Obligation to Pay Instrument**; and, **Lawful Demand for Reconveyance, and Lawful Demand to Return All Monies Paid**, the Demandants will enter a "Petition for Deposition Before Action" in the United States District Court For the Northern District of Georgia Atlanta Division, as the Demandants certainly desires **"to perpetuate testimony... to prevent a failure or a delay of justice..."**, pursuant to "RULE 27" of the Federal Rules of Civil Procedure and/or relevant corresponding Georgia Rules of Civil Procedure.

Of this private commercial Presentment the live agents of respondent, joint and several, should **take due Notice** and heed, and then conduct themselves accordingly.

**Fault:** "American Law - Negligence; a or defect of judgment or of conduct; any deviation from prudence, duty, or rectitude; any shortcoming, or neglect of care or performance resulting from inattention, incapacity, or perversity; a wrong tendency, course, or act; bad faith or mismanagement; neglect of duty." BLACK'S LAW DICTIONARY, Fourth Edition, Page 738.

**Default:** "By its derivation, a failure. An omission of that which ought to be done. Specifically, the omission or failure to perform a legal duty. The term also embraces the idea of dishonesty and of wrongful act." Ibid, Page 505.

**Discharge:** "To release; liberate; annul; unburden; disencumber; dismiss. To extinguish an obligation (*e.g.*, a person's liability on an instrument);" "BLACK'S LAW DICTIONARY", Sixth Edition, Page 463.

**Re-conveyance:** "The return of title and ownership in real estate to a party that previously held title to it." Ibid, Page 1273.

**Demand:** "The assertion of a legal right; a legal obligation asserted in the courts. An imperative request preferred by one party to another, under a claim of right, requiring the latter to do or yield something

or to abstain from some act." Ibid, Page 429.

**Stolen**: "Acquired, or possessed, as a result of some wrongful or dishonest act or taking, whereby a person willfully obtains or retains possession of property which belongs to another, without or beyond any permission given, and with the intent to deprive the owner of the benefit of ownership (or possession) permanently." Ibid, Page 1419.

**Bad faith**: "The opposite of 'good faith', generally implying or involving **actual** or **constructive fraud**, or a design to mislead or deceive another, or a neglect or refusal to fulfill some duty or some contractual obligation, not prompted by an honest mistake as to one's rights or duties, but by some interested or sinister motive." Ibid, Page 139.

**Legal Tutorial to aid all live agents of respondent - Steps of Common Fraud:**

Step 1. **Fraud in the Inducement** is intended to and which does cause one to execute an instrument, or make an agreement. The misrepresentation involved does not mislead one as the paper he signs but rather misleads as to the true facts of a situation, and the false impression it causes is a basis of a decision to sign or render a judgment [see: Steven H. Gifis, "LAW DICTIONARY", Fifth Edition, Hauppauge: Barron's Educational Series, Inc., 2003, s.v. "Fraud"].

Step 2. **Fraud in Fact by Deceit (Obfuscation and Denial) and Theft:**

• **"Actual Fraud.** Deceit. Concealing something or making a false representation with an evil intent [scienter] when it causes injury to another. [see: Steven H. Gifis, 'Law Dictionary', 5th Edition, Hauppauge: Barron's Educational Series, Inc., 2003, s.v. "Fraud".

• **"Tort of Fraudulent Deceit…** The elements of actionable deceit are a false representation of a material fact made with knowledge of its falsity, or recklessly, or without reasonable grounds for believing its truth, and with intent to induce reliance thereon, on which plaintiff justifiably relies on his injury…". Source: Steven H. Gifis, "LAW DICTIONARY", Fifth Edition, Hauppauge: Barron's Educational Series, Inc., 2003, s.v. "Deceit".

Step 3. **Theft by Deception and Fraudulent Conveyance:**

**Theft by Deception:**

• **"Fraudulent Concealment…** The hiding or suppression of a material fact or circumstance which the party is legally or morally bound to disclose…".

• "The test of whether failure to disclose material facts constitutes fraud is the existence of a duty, legal or equitable, arising from the relation of the parties: failure to disclose a material fact with intent to mislead or defraud under such circumstances being equivalent to an actual 'fraudulent concealment'…".

• To suspend running of limitations, it means the employment of artifice, planned to prevent inquiry or escape investigation and mislead or hinder acquirement of information disclosing a right of action, and acts relied on must be of an affirmative character and fraudulent…".

Source: Black, Henry Campbell, M.A., "BLACK'S LAW DICTIONARY", Revised Fourth Edition, St. Paul, Minn., West Publishing Company, 1968, s.v. "Fraudulent Concealment".

**Fraudulent Conveyance:**

• 'Fraudulent Conveyance… A conveyance or transfer of property, the object of which is to defraud a creditor, or hinder or delay him, or to put such property beyond his reach…".

• "Conveyance made with intent to avoid some duty or debt due by or incumbent on person (entity) making transfer…".

Source: Black, Henry Campbell, M.A., "BLACK'S LAW DICTIONARY", Revised Fourth Edition, St. Paul, Minn., West Publishing Company, 1968, s.v. "Fraudulent Conveyance"

Further the Demandants say naught.

Subscribed and solemnly affirmed under the general Laws of ~~Oregon~~ Georgia, and the Pains and Penalties of Punishment meted out by God Almighty for giving or making false Testimony, to be true, correct, and materially complete, on this Seventh Day of the Third Month, in the Year of our Lord Jesus, The Christ, Two-thousand Twenty-four; and, of the Independence of these united States of America, the two hundred and thirty-first, under restricted signature, that is to say, with all our Rights reserved and Remedies preserved,

**ANDY AND PRUDENCE DESTY**

*Without prejudice, without Recourse UCC 1-308*

*without prejudice UCC 1-308*

**Notice and Caveat**: The use of the following Notary Public is only for identification of Demandants' natural bodies (state), to witness Demandants' affirmation to the truth of the statements made in the foregoing private commercial Instrument and to witness of Demandants' "wet ink" subscription to the foregoing private commercial Instrument, and such use **does not** grant any undisclosed authority or jurisdiction to anyone or anything.

## Notary Public Certification and Jurat

state: **Georgia**          }
                            }   solemnly subscribed and affirmed:
county: Douglas             }

Before me, Mary Valentine , a Notary Public for the State of Georgia, do appear the above two people personally known to me (or by proper proof proved to me to be), respectively the Christian man, **ANDY DESTY** and his Christian wife, **PRUDENCE DESTY**, and they do solemnly attest and affirm the truth of the statements made in the foregoing commercial Instrument; and, I did then witness each one affix their personal subscription to said commercial Instrument on this ____07____ day of March, Anno Domini 2024. The two Affiants also acknowledged the signing thereof to be their own voluntary act and deed for the lawful Purpose(s) stated therein, after signing the foregoing commercial Instrument in my presence.

**Witness** my hand, official stamp and notary seal:

{official stamp}          {notaryseal}

_____
NOTARY PUBLIC for STATE OF GEORGIA

My Commission expires: ___08/07___A. D. 20_26_.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Wilmington OH 45177

OFFICIAL USE

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $2.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here
MAR - 7 2024
03/07/2024

Postage $0.92

Total Postage and Fees $8.97

Sent To Exeter Finance/Automation Nissan Marietta
Street and Apt. No., or PO Box No. P.O. Box 677
City, State, ZIP+4® Wilmington, OH 45177

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Marietta, GA 30060

OFFICIAL USE

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here
MAR - 7 2024
03/07/2024

Postage $0.92

Total Postage and Fees $5.32

Sent To Automation Nissan Marietta/Exeter Finan
Street and Apt. No., or PO Box No. 925 Cobb PKWY SE
City, State, ZIP+4® Marietta GA 30060

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---



**UNITED STATES POSTAL SERVICE.**

CAMPBELLTON STREET
8486 CAMPBELLTON ST
DOUGLASVILLE, GA 30134-9998
(800)275-8777

03/07/2024                    04:37 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.92 |

   Wilmington, OH 45177
   Weight: 0 lb 1.20 oz
   Estimated Delivery Date
   Mon 03/11/2024
   Certified Mail®                        $4.40
      Tracking #:
      70220410000328832264
   Return Receipt                         $3.65
      Tracking #:
      9590 9402 8196 3030 5419 70
Total                                     $8.97

First-Class Mail® Letter   1               $0.92
   Marietta, GA 30060
   Weight: 0 lb 1.20 oz
   Estimated Delivery Date
   Sat 03/09/2024
   Certified Mail®                        $4.40
      Tracking #:
      9589 0710 5270 0987 4033 10
Total                                     $5.32

Grand Total:                             $14.29

Debit Card Remit                         $14.29
   Card Name: VISA
   Account #: XXXXXXXXXXXX5224
   Approval #: 915583
   Transaction #: 529
   Receipt #: 078930
   Debit Card Purchase: $14.29
   AID: A000000980840          Chip
   AL: US DEBIT
   PIN: Verified            US DEBIT

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
           1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

   Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



   or call 1-800-410-7420.

UFN 122685-0396

Attachment E

# NOTICE

**From:** Andy: Desty, Prudence-Shungu: Desty
c/o 3495 Buckhead Loop NE Ste 18879
Atlanta, GA [30326]
Hereinafter Collectively Referred to as "Claimant"

*Attachment C*

**To:**

AutoNation Nissan Marietta, The Chief Financial Officer, the CEO
925 Cobb Parkway SE
Marietta, GA 30060
Tel: 770-422-4546
OR

Exeter Finance                         Exeter Finance
3885 Crestwood Pkwy NW #530            P.O. Box 677
Duluth, GA 30096                       Wilmington, OH 45177

Hereinafter Collectively referred to as "RESPONDENT"

**RE:** Alleged CUST#: 4574620, DEAL#: 277065, STK# JBC18776   **VIN#:** 2FMPK4K9XJBC18776
Certified Mail #: 7022 0410 0003 2883 2318

1/4/2024                                      **PLEASE READ CAREFULLY**

## RE: Right of Rescission

Dear AutoNation Nissan Marietta, and to Whom this may concern,

We, ANDY DESTY and PRUDENCE SHUNGU DESTY, Original Creditors and Natural Man and Woman hereby rescind our consent to be liable or compelled to perform on to the contract and agreement we entered with AUTONATION NISSAN MARIETTA on January 2, 2024.

We entered into this contract agreement with AUTONATION NISSAN MARIETTA without:
1. Full disclosure of our right to rescind.
2. Transparency regarding the process of the consumer credit application being the financial asset *(12 CFR 360.6(2))*
3. As well as self-liquidating paper *(17 CFR 260.11b(6))*
4. The Truth In Landing Statements pursuant to *15 U.S. Code § 1605*

We have reason to believe that AUTONATION NISSAN MARIETTA willingly and knowingly took advantage of us and our consumer credit.
Be advised that we are NOT terminating or canceling this contract. We are deducting our liability to pay on behalf of the obligor, as we have found several violations and fraud. Notice

**NOTICE OF RESCISSION**                                          1|4

that Pursuant to *15 U.S. Code § 1635(b)*: *upon receipt of this rescission, we are not liable for any finance charge or other charge (including Amount Financed, Unpaid Balance, etc.), any security interest given by the obligor, including any such interest arising by operation of law, becomes void upon such a rescission.*

Furthermore, we were given false and deceptive information by you, as we were informed that a down payment in the amount of $3,000.00 was needed for us to leave the dealership with the vehicle.

Notice that Pursuant to *15 U.S. Code § 1635*: *Within 20 (twenty) days after receipt of a notice of rescission, the creditor shall return to the obligor any or all monies or properties given as earnest money, down payment, or OTHERWISE (including Amount Financed, Unpaid Balance), and shall take any action necessary or appropriate to reflect the termination of any security interest created under the transaction.* Pursuant to *15 USC § 1605(a)*: *the amount of a finance charge in connection with any consumer credit transaction shall be determined as the sum of all charges.*

Furthermore, the reimbursement of the down payments paid to RESPONDENT in the amount of $3,000.00 shall be made by check or money order payable to:

Andy Desty
3495 Buckhead Loop NE Ste 18879
Atlanta, GA 30326


Kindly,


"Andy" of the "Desty" family, and "Prudence-Shungu" of the "Desty" family (Beneficiaries)
_____

WITHOUT PREJUDICE UCC 1-308, all Natural Inalienable Rights Reserved. Please address all future correspondence in the matter to a direct Human Self, namely "Andy" of the "Desty" family, and "Prudence-Shungu" of the "Desty" as commonly called.

# Affidavit Of Truth

Andy Desty, Prudence Shungu Desty
3495 Buckhead Loop NE Ste 18879
Atlanta, GA 30326

AUTONATION NISSAN MARIETTA
925 Cobb Parkway SE
Marietta, GA 30060

## RE: Affidavit of Truth

This Rescission Notice is made Pursuant to *15 U.S. Code § 1635(a)*, as we were never told we had 3 days to rescind the agreement. Neither were we given the notice that comes along with all consumer credit transactions. Furthermore, you, AUTONATION NISSAN MARIETTA failed to clearly and conspicuously disclose all our rights as consumers including but not limited to our right of rescission.

We, ANDY DESTY, PRUDENCE SHUNGU DESTY *participated in a consumer credit transaction and not a loan;* Pursuant to *15U.S. Code § 1602(i)*.

Take further notice that Pursuant to *15 U.S. Code § 1605, the finance charge in connection with any consumer credit transaction shall be determined as **the sum of all charges**,* which was never disclosed to us by your organization in direct violation of this law.

You, AUTONATION NISSAN MARIETTA, also accepted a CASH down payment of $3,000.00 violating *15 U.S. Code § 1605* which clearly states: *The finance charge does not include charges of a type payable in a comparable cash transaction.*

Pursuant to *15 U.S. Code § 1611(1)(3); one can be fined up to $5,000.00 or face imprisonment for up to one year, or both, for giving false or inaccurate information or fails to provide information which he is required to disclose.* In this case you, AUTONATION NISSAN MARIETTA willfully violated this law when you failed to disclose and provide all information clearly to us as consumers.
Notice that Pursuant to *15 U.S. Code § 1635(b): upon receipt of this rescission, we are not liable for any finance charge or other charge (including Amount Financed, Unpaid Balance), and any security interest becomes void effective immediately.*

Take further notice that 20 (twenty) days after your receipt of this notice, you must return any money or property paid or given as earnest money, down payment, or otherwise. Also, you shall take any action necessary or appropriate to reflect the termination of any security interest created under the transaction and placed on the property which in this case a CAR (2018 FORD EDGE, VIN: 2FMPK4K9XJBC18776)
Your failure to comply with this rescission will result in civil liability for fraud Pursuant to *15 U.S. Code § 1640*

This affidavit of Truth is Dated the __/ /__ Day of ____January____ in the year __2024__

---

## Acknowledgement

Subscribed to and affirmed before me    this __/ /__ Day of ____January____, 2024 by

____Mary_____ ____Valentine_____, personally present before

me and known to me to be the private man and woman whose name subscribed to the within

instrument and acknowledge to be the same.

_____ (Seal) Notary Public

My Commission expires: __08/07/2026__

---

Kindly,


"Andy" of the "Desty" family, and "Prudence-Shungu" of the "Desty" family (Beneficiaries)
Andy DESty  Prudence Desty
WITHOUT PREJUDICE UCC 1-308, all Natural Inalienable Rights Reserved.


Please address all future correspondence in the matter to a direct Human Self, namely "Andy" of
the "Desty" family, and "Prudence-Shungu" of the "Desty" as commonly called.

This affidavit of Truth is Dated the ___ Day of _____ in the year _____

## Acknowledgement

Subscribed to and affirmed before me this ___ Day of _____ 2024 by

_____ personally present before

me and known to me to be the private man and woman whose name subscribed to the within

instrument and acknowledge the to be the same.

_____ (Seal) Notary Public

My Commission expires _____

Kindly,

Andy of the "Desty" family, and "Prudence-Shunga," of the "Desty" family (Beneficiaries)
_____
WITHOUT PREJUDICE UCC 1-308, all Natural Inalienable Rights Reserved.

Please address all future correspondence in the matter to a direct Human Self, namely "Andy" of
the "Desty" family, and "Prudence-Shunga," of the "Desty," as commonly called.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Marietta GA 30060

OFFICIAL USE

Certified Mail Fee $4.35

$3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here  11 2024

Postage $0.66

Total Postage and Fees $8.56   01/11/2024

7022 0410 0003 2883 2318

Sent To AutoNation Nissan Marietta/Exeter Finance
Street and Apt. No., or PO Box No. 925 Cobb Parkway SE
City, State, ZIP+4® Marietta, GA 30060

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Attachment D



**UNITED STATES**
**POSTAL SERVICE.**

CAMPBELLTON STREET
8486 CAMPBELLTON ST
DOUGLASVILLE, GA 30134-9998
(800)275-8777

01/11/2024                    03:36 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Letter | 1 | | $0.66 |

    Marietta, GA 30060
    Weight: 0 lb 0.90 oz
    Estimated Delivery Date
      Sat 01/13/2024
    Certified Mail®                      $4.35
      Tracking #:
        70220410000328832318
    Return Receipt                       $3.55
      Tracking #:
        9590 9402 8196 3030 5419 87
Total                                    $8.56

Grand Total:                             $8.56

Cash                                     $5.00
Credit Card Remit                        $3.56
    Card Name: VISA
    Account #: XXXXXXXXXXXX8717
    Approval #: 083615
    Transaction #: 291
    AID: A0000000980840    Contactless
    AL: US DEBIT

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



     all 1-800-410-7420.

UFN: 122685-0394
Receipt #: 840-53000515-1-8483332-2
Clerk: 29

 **Exeter**



# Your Monthly Statement
## As of: 05/01/2024

PO Box 166008 // Irving, TX 75016

### NOW DUE

| | |
|---|---|
| **Pay this amount:** | $2,428.38 |
| **By:** | 05/16/2024 |

Any past due amount is due immediately

0001232-0002477 LETR  001 ------ 645795

PRUDENCE DESTY
ANDY DESTY
3495 BUCKHEAD LOOP NE # 18879
ATLANTA, GA 30326-1528

*Attachment F1*

### ABOUT YOUR CONTRACT

| | |
|---|---|
| **Contract #:** | 1359985 |
| **Year/Make/Model:** | 2018 FORD EDGE |
| **Vehicle Identification Number:** | 2FMPK4K9XJBC18776 |
| **Monthly Payment Amount:** | $585.15 |
| **Outstanding Balance*:** | $22,783.90 |
| **Maturity Date:** | 01/16/2030 |

*Not the payoff amount. Log into MyAccount or call to get a payoff quote.

For complete details, see your retail installment contract.

## PAYMENT SUMMARY

| | | |
|---|---|---|
| Amount Past Due | | $1,755.45 |
| | Payment Due - April 2024 or earlier | $585.15 |
| | Payment Due - March 2024 or earlier | $585.15 |
| | Payment Due - February 2024 | $585.15 |
| Late charges unpaid | | $87.78 |
| Other fees and charges unpaid | | $0.00 |
| Current payment due | | $585.15 |
| **Total amount due** | | $2,428.38 |

## RECENT ACCOUNT ACTIVITY

| PROCESS DATE | EFFECTIVE DATE | DESCRIPTION | PRINCIPAL | INTEREST | FEES | TOTAL |
|---|---|---|---|---|---|---|
| 04/26/2024 | 04/26/2024 | Fee Assessed | | | $29.26 | $29.26 |

Contract activity as of last statement date.



 **SEVEN SIMPLE & FAST WAYS TO PAY**

TO LEARN MORE ABOUT ALL OF EXETER'S PAY OPTIONS GO TO EXETERFINANCE.COM/AUTO-FINANCE/CUSTOMER-CENTER

 **CHECKING/SAVINGS ACCOUNT**
(free payment option)

 **DEBIT/ATM CARD**
(fee payment option)

 **PHONE**
(free payment option)

 **MAIL**
(free payment option)



 **MONEYGRAM**
(fees may apply)

**WU WESTERN UNION**
(fees may apply)

**Paysafe:cash®**
(fees may apply)



**SCAN FOR EASY ACCOUNT ACCESS**



Detach and send with payment. Write contract # on the check or money order payable to Exeter Finance LLC. Please do not send cash.

**About This Statement** - This communication is an attempt by Exeter Finance LLC to collect a debt, and any information received in response to this communication will be used for that purpose.

**Insufficient Funds** - You may be assessed a fee as allowable by state law if your payment is returned unpaid by your bank.

**Late or Early Payments** – The Finance Charge, Total of Payments, and Total Sale Price disclosed on your retail installment contract assume that you will make every payment by the day it is due. These amounts will be more if you pay late or less if you pay early.

**Late Fees** - Late or missed payments may result in late fee charges. Please refer to your retail installment contract for details.

**Paying Off Your Contract** - If you want to pay off your contract before the end of the term, call 800-321-9637. Payoff quotes are subject to change, according to recent activity on your contract. You will typically receive a title or lien release, depending on the state the vehicle is titled in, 30 days after your contract is paid in full (or earlier as required by state law). Please note that any change impacting the balance, such as a payment reversal, for example, will render the quoted payoff amount invalid.

**Insurance Requirements** - You are required to maintain collision and comprehensive insurance on your financed vehicle, per your retail installment contract. The insurance must meet the following criteria:

- Deductible is $1,000 or less.
- Exeter Finance LLC is listed as the lien holder/loss payee. The lien holder address is: Exeter Finance LLC, PO Box 369, Carmel, IN 46082.
- Coverage is in effect from the time of purchase through the duration of your contract term. (NOTE: Any changes to your insurance coverage should be sent to: Exeter Finance LLC, PO Box 369, Carmel, IN 46082.)

**Notice to Consumer** - We may report information about your contract to credit bureaus. Late payments missed payments or other defaults on your contract may be reflected in your credit report.

**Credit Reporting Disputes** - If you believe Exeter Finance LLC reported incorrect or incomplete information about your account to the credit bureau, write to Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097. Identify the information and tell us why you believe it is incorrect or incomplete. If you have a copy of the credit report which shows the disputed information, please include a copy of your correspondence.

**Use of Your Credit Report** - You agree that we may request and utilize your credit report(s) at any time during the term of your contract for the purpose of reviewing, updating, renewing or extending credit, taking collection action or for other legitimate business purposes associated with your contract referenced on the front side of this statement.

**Bankruptcy Notifications** - Bankruptcy notifications should be sent to Exeter Finance LLC, PO Box 166008, Irving, TX 75016 or simply call 800-321-9637. If you are entitled to the protections of the U.S. Bankruptcy Code (11 U.S.C §§ 362;524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

**Notice About Check Processing** - When you provide a check as payment, you authorize Exeter Finance LLC either to use information from your check to make a one-time electronic fund transfer from your account, according to the terms of your check, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

# QUESTIONS?

 **800-321-9637**

 **CHAT WITH AN AGENT**

 **www.exeterfinance.com**

 **SECURELY EMAIL US**

AUTHORIZATION AGREEMENT FOR RECURRING AUTOMATED DIRECT PAYMENT PLAN

Contract activity as of last statement date.





SEVEN SIMPLE & FAST WAYS TO PAY

TO LEARN MORE ABOUT ALL OF EXETER'S PAY OPTIONS GO TO EXETERFINANCE.COM/AUTO-FINANCE/CUSTOMER-CENTER

CHECKING/SAVINGS ACCOUNT
PHONE
MONEYGRAM
WU WESTERN UNION
DEBIT/ATM CARD
MAIL
Paysafe:cash®

SCAN FOR EASY ACCOUNT ACCESS

⌄   Detach and send with payment. Write contract # on the check or money order payable to Exeter Finance LLC. Please do not send cash.   ⌄

---

## PAYMENT COUPON

PRUDENCE DESTY
ANDY DESTY
3495 BUCKHEAD LOOP NE # 18879
ATLANTA, GA 30326-1528

| CONTRACT #: | TOTAL DUE: | TOTAL DUE BY: |
|---|---|---|
| 1359985 | $2,428.38 | 05/16/2024 |

☐ Yes, sign me up for AutoPay. My completed authorization is on the back.

☐ My contact information has changed:

Street Address _____

City, State, ZIP _____

Phone # _____

Mobile # _____

Permission to call this mobile number?  ☐ Yes  ☐ No

**Amount Enclosed $**

Exeter Finance LLC
PO BOX 650598
DALLAS, TX 75265-0598

680681120513599851001000585150024283 89

## AUTHORIZATION AGREEMENT FOR RECURRING AUTOMATED DIRECT PAYMENT PLAN

**$585.15**

**06/16/2024**

_____

**Amount of Each Payment**

**Start Date for AutoPay**

**Email Address**

_____

**Bank Routing #**

**Checking Account #**

**Name of Bank or Financial Institution ("Bank")**

By signing below, you authorize Exeter Finance LLC ("Company") to initiate recurring electronic automated clearing house (ACH) debit entries from your Checking Account indicated above, at the Bank named above, in order to make payments on your Exeter Finance LLC contract and, if necessary, to initiate transactions to correct any erroneous payment debit. Your AutoPay payments will begin on the Start Date listed above and will occur on the same date each month thereafter until your Exeter Finance LLC contract is paid in full, terminated by Company (as provided below), or you revoke this authorization (as provided below). If any payment date falls on a weekend or holiday, the payment will be executed on the next business day. If the outstanding balance you owe on your Exeter Finance LLC contract is less than the payment amount stated above, you understand and agree that the final payment will be an amount equal to your total outstanding balance.

If your Bank is unable to process any electronic ACH debit entry, you authorize Company to resubmit the ACH debit entry up to two additional times within the next 30 days, and/or to submit a paper draft to your Bank for processing and payment. If your payment (whether in the form of an electronic ACH debit or a paper draft) is dishonored or returned unpaid by your Bank, you agree that Company may charge a return item fee and/or a late charge (if and to the extent applicable) to your Exeter Finance LLC contract, to the extent allowed by law and/or your Exeter Finance LLC contract. You also acknowledge that your Bank may also impose its own additional fees according to your Deposit Account Agreement with such Bank. You acknowledge that the origination of ACH debit entries to your Checking Account must comply with and will be governed by the provisions of applicable laws and rules of the National Automated Clearing House applicable to the transaction.

This authorization will remain in full force and effect until Company has received written notification from you (or either one of you) of termination at the address above or you have provided verbal notification by calling us at 800-321-9637. You agree to notify Company in writing of any changes in your Checking Account Information or termination of this authorization at least 15 days prior to the next billing date to afford a reasonable opportunity for Company and Bank time to act.  Company may, at any time, terminate your right to make recurring electronic clearing house (ACH) debit entries. Termination of this authorization by either you or us does not affect your obligation(s) under your Exeter Finance LLC contract.

_____

**Authorized Name on Your Account**

**Signature**

**Today's Date**



PO Box 166008 // Irving, TX 75016



0001280-0002573 LETR  001 ------ 634014

**PRUDENCE DESTY**
**ANDY DESTY**
**3495 BUCKHEAD LOOP NE # 18879**
**ATLANTA, GA 30326-1528**

*Attachment F2*

# Your Monthly Statement
## As of: 04/01/2024

### NOW DUE

| | |
|---|---|
| Pay this amount: | $1,813.97 |
| By: | 04/16/2024 |

Any past due amount is due immediately

### ABOUT YOUR CONTRACT

| | |
|---|---|
| Contract #: | 1359985 |
| Year/Make/Model: | 2018 FORD EDGE |
| Vehicle Identification Number: | 2FMPK4K9XJBC18776 |
| Monthly Payment Amount: | $585.15 |
| Outstanding Balance*: | $22,304.98 |
| Maturity Date: | 01/16/2030 |

*Not the payoff amount. Log into MyAccount or call to get a payoff quote.

For complete details, see your retail installment contract.

## PAYMENT SUMMARY

| | | |
|---|---|---|
| Amount Past Due | | $1,170.30 |
| | Payment Due - March 2024 or earlier | $585.15 |
| | Payment Due - February 2024 or earlier | $585.15 |
| Late charges unpaid | | $58.52 |
| Other fees and charges unpaid | | $0.00 |
| Current payment due | | $585.15 |
| **Total amount due** | | **$1,813.97** |

## RECENT ACCOUNT ACTIVITY

| PROCESS DATE | EFFECTIVE DATE | DESCRIPTION | PRINCIPAL | INTEREST | FEES | TOTAL |
|---|---|---|---|---|---|---|
| 03/26/2024 | 03/26/2024 | Fee Assessed | | | $29.26 | $29.26 |

Contract activity as of last statement date.





**SEVEN SIMPLE & FAST WAYS TO PAY**

TO LEARN MORE ABOUT ALL OF EXETER'S PAY OPTIONS GO TO
**EXETERFINANCE.COM/AUTO-FINANCE/CUSTOMER-CENTER**



CHECKING/SAVINGS ACCOUNT
(free payment option)



DEBIT/ATM CARD
(free payment option)



PHONE
(free payment option)





MAIL
(free payment option)



MONEYGRAM
(fees may apply)

**WU**
WESTERN UNION
(fees may apply)



Paysafe:cash®
(fees may apply)



SCAN FOR EASY ACCOUNT ACCESS

*Detach and send with payment. Write contract # on the check or money order payable to Exeter Finance LLC. Please do not send cash.*

**About This Statement -** This communication is an attempt by Exeter Finance LLC to collect a debt, and any information received in response to this communication will be used for that purpose.

**Insufficient Funds -** You may be assessed a fee as allowable by state law if your payment is returned unpaid by your bank.

**Late or Early Payments –** The Finance Charge, Total of Payments, and Total Sale Price disclosed on your retail installment contract assume that you will make every payment by the day it is due. These amounts will be more if you pay late or less if you pay early.

**Late Fees -** Late or missed payments may result in late fee charges. Please refer to your retail installment contract for details.

**Paying Off Your Contract -** If you want to pay off your contract before the end of the term, call 800-321-9637. Payoff quotes are subject to change, according to recent activity on your contract. You will typically receive a title or lien release, depending on the state the vehicle is titled in, 30 days after your contract is paid in full (or earlier as required by state law). Please note that any change impacting the balance, such as a payment reversal, for example, will render the quoted payoff amount invalid.

**Insurance Requirements -** You are required to maintain collision and comprehensive insurance on your financed vehicle, per your retail installment contract. The insurance must meet the following criteria:

- Deductible is $1,000 or less.
- Exeter Finance LLC is listed as the lien holder/loss payee. The lien holder address is: Exeter Finance LLC, PO Box 369, Carmel, IN 46082.
- Coverage is in effect from the time of purchase through the duration of your contract term. (NOTE: Any changes to your insurance coverage should be sent to: Exeter Finance LLC, PO Box 369, Carmel, IN 46082.)

**Notice to Consumer -** We may report information about your contract to credit bureaus. Late payments missed payments or other defaults on your contract may be reflected in your credit report.

**Credit Reporting Disputes -** If you believe Exeter Finance LLC reported incorrect or incomplete information about your account to the credit bureau, write to Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097. Identify the information and tell us why you believe it is incorrect or incomplete. If you have a copy of the credit report which shows the disputed information, please include a copy of your correspondence.

**Use of Your Credit Report -** You agree that we may request and utilize your credit report(s) at any time during the term of your contract for the purpose of reviewing, updating, renewing or extending credit, taking collection action or for other legitimate business purposes associated with your contract referenced on the front side of this statement.

**Bankruptcy Notifications -** Bankruptcy notifications should be sent to Exeter Finance LLC, PO Box 166008, Irving, TX 75016 or simply call 800-321-9637. If you are entitled to the protections of the U.S. Bankruptcy Code (11 U.S.C §§ 362;524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

**Notice About Check Processing -** When you provide a check as payment, you authorize Exeter Finance LLC either to use information from your check to make a one-time electronic fund transfer from your account, according to the terms of your check, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

# QUESTIONS?

 **800-321-9637**

 **www.exeterfinance.com**

 **CHAT WITH AN AGENT**

 **SECURELY EMAIL US**

Contract activity as of last statement date.





SEVEN SIMPLE & FAST WAYS TO PAY

TO LEARN MORE ABOUT ALL OF EXETER'S PAY OPTIONS GO TO EXETERFINANCE.COM/AUTO-FINANCE/CUSTOMER-CENTER

CHECKING/SAVINGS ACCOUNT
(free payment option)

PHONE
(fee may apply)

MONEYGRAM
(fees may apply)

DEBIT/ATM CARD
(fee payment option)

MAIL
(free payment option)

WESTERN UNION
(fees may apply)

Paysafe:cash®
(fees may apply)

SCAN FOR EASY ACCOUNT ACCESS

*Detach and send with payment. Write contract # on the check or money order payable to Exeter Finance LLC. Please do not send cash.*

## PAYMENT COUPON

PRUDENCE DESTY
ANDY DESTY
3495 BUCKHEAD LOOP NE # 18879
ATLANTA, GA 30326-1528

| CONTRACT #: | TOTAL DUE: | TOTAL DUE BY: |
|---|---|---|
| 1359985 | $1,813.97 | 04/16/2024 |

☐ **Yes, sign me up for AutoPay. My completed authorization is on the back.**

☐ **My contact information has changed:**

Street Address _____

City, State, ZIP _____

Phone # _____

Mobile # _____

**Permission to call this mobile number?** ☐ Yes ☐ No

**Amount Enclosed $** _____

Exeter Finance LLC
PO BOX 650598
DALLAS, TX 75265-0598

680681120513599851001000585150018139 78

## AUTHORIZATION AGREEMENT FOR RECURRING AUTOMATED DIRECT PAYMENT PLAN

**$585.15**

**Amount of Each Payment**

**05/16/2024**

**Start Date for AutoPay**

**Email Address**

**Bank Routing #**

**Checking Account #**

**Name of Bank or Financial Institution ("Bank")**

By signing below, you authorize Exeter Finance LLC ("Company") to initiate recurring electronic automated clearing house (ACH) debit entries from your Checking Account indicated above, at the Bank named above, in order to make payments on your Exeter Finance LLC contract and, if necessary, to initiate transactions to correct any erroneous payment debit. Your AutoPay payments will begin on the Start Date listed above and will occur on the same date each month thereafter until your Exeter Finance LLC contract is paid in full, terminated by Company (as provided below), or you revoke this authorization (as provided below). If any payment date falls on a weekend or holiday, the payment will be executed on the next business day. If the outstanding balance you owe on your Exeter Finance LLC contract is less than the payment amount stated above, you understand and agree that the final payment will be an amount equal to your total outstanding balance.

If your Bank is unable to process any electronic ACH debit entry, you authorize Company to resubmit the ACH debit entry up to two additional times within the next 30 days, and/or to submit a paper draft to your Bank for processing and payment. If your payment (whether in the form of an electronic ACH debit or a paper draft) is dishonored or returned unpaid by your Bank, you agree that Company may charge a return item fee and/or a late charge (if and to the extent applicable) to your Exeter Finance LLC contract, to the extent allowed by law and/or your Exeter Finance LLC contract. You also acknowledge that your Bank may also impose its own additional fees according to your Deposit Account Agreement with such Bank. You acknowledge that the origination of ACH debit entries to your Checking Account must comply with and will be governed by the provisions of applicable laws and rules of the National Automated Clearing House applicable to the transaction.

This authorization will remain in full force and effect until Company has received written notification from you (or either one of you) of termination at the address above or you have provided verbal notification by calling us at 800-321-9637. You agree to notify Company in writing of any changes in your Checking Account information or termination of this authorization at least 15 days prior to the next billing date to afford a reasonable opportunity for Company and Bank time to act. Company may, at any time, terminate your right to make recurring electronic clearing house (ACH) debit entries. Termination of this authorization by either you or us does not affect your obligation(s) under your Exeter Finance LLC contract.

**Authorized Name on Your Account**

**Signature**

**Today's Date**

 Gmail

Attachment F3

Andy Desty <godkeyboard@gmail.com>

## Exeter Finance is here to help.
1 message

**Exeter Finance** <CustomerInfo@m.exeterfinance.com>          Fri, Apr 26, 2024 at 3:35 PM
Reply-To: Exeter Finance <CustomerInfo@m.exeterfinance.com>
To: GODKEYBOARD@gmail.com



# We're here to help
It's still not too late

We understand that life can throw unexpected challenges your way, and we are here to help. Getting back on track with your car payments is a proactive step toward financial stability and peace of mind.



## Call us

Please call us at 855-867-2660. Our hours of operation are Monday through Friday, 8 a.m. to 7 p.m., and Saturday from 8 a.m. to 5 p.m. CST.

Call now



Gmail — Andy Dusty <godkeyboard@gmail.com>

Attachment F3

**Exeter Finance is here to help!**

1 message

**Exeter Finance** <Customerinfo@m.exeterfinance.com> — Fri, Apr 26, 2024 at 3:35 PM
Reply-To: Exeter Finance <Customerinfo@m.exeterfinance.com>
To: GODKEYBOARD@gmail.com

We're here
to help

We understand that life can throw unexpected challenges your way, and we are here to help. Getting back on track with your car payments is a proactive step toward financial stability and peace of mind.

## Call us

Please call us at 855-867-2660. Our hours of operation are Monday through Friday, 8 a.m. to 7 p.m. and Saturday from 8 a.m. to 5 p.m. CST.

# Let's chat

Our user-friendly interface ensures that connecting with us is a breeze. Log onto MyAccount and let's get this settled.

**Log on now**

 Exeter

This communication is an attempt by Exeter Finance LLC to collect a debt, and any information received in response to this communication will be used for that purpose. We may report information about your Account to credit bureaus.

Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY

Attention Servicemembers and Dependents: The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including prohibiting repossession under most circumstances during the servicemember's active-duty service. Exeter Finance LLC will not repossess the property of a service member or his or her dependent during that time, unless pursuant either to a court order or a service member's written waiver. You can contact us toll-free at 800-321-9637 if you have questions about your rights under SCRA.

 

Home          Customer Center          MyAccount

© 2024 Exeter Finance LLC. All rights reserved.
2101 W. John Carpenter Fwy., Irving, TX, 75063 US

Unsubscribe
Email Preferences
View in Browser
Privacy



PO Box 166008 // Irving, TX 75016



# Your Monthly Statement
## As of: 03/01/2024

## NOW DUE

| | |
|---|---|
| **Pay this amount:** | **$1,199.56** |
| **By:** | **03/16/2024** |
| Any past due amount is due immediately | |

## ABOUT YOUR CONTRACT

| | |
|---|---|
| **Contract #:** | 1359985 |
| **Year/Make/Model:** | 2018 FORD EDGE |
| **Vehicle Identification Number:** | 2FMPK4K9XJBCl8776 |
| **Monthly Payment Amount:** | $585.15 |
| **Outstanding Balance*:** | $21,811.08 |
| **Maturity Date:** | 01/16/2030 |

*Not the payoff amount. Log into MyAccount or call to get a payoff quote.

For complete details, see your retail installment contract.

0001271-0002559 LETR  001  ------ 623902

PRUDENCE DESTY
ANDY DESTY
3495 BUCKHEAD LOOP NE # 18879
ATLANTA, GA 30326-1528



## PAYMENT SUMMARY

| | |
|---|---|
| Amount Past Due | $585.15 |
| *Payment Due - February 2024 or earlier* | $585.15 |
| Late charges unpaid | $29.26 |
| Other fees and charges unpaid | $0.00 |
| Current payment due | $585.15 |
| **Total amount due** | **$1,199.56** |

## RECENT ACCOUNT ACTIVITY

| PROCESS DATE | EFFECTIVE DATE | DESCRIPTION | PRINCIPAL | INTEREST | FEES | TOTAL |
|---|---|---|---|---|---|---|
| 02/26/2024 | 02/26/2024 | Fee Assessed | | | $29.26 | $29.26 |

Contract activity as of last statement date.





## SEVEN SIMPLE & FAST WAYS TO PAY

TO LEARN MORE ABOUT ALL OF
EXETER'S PAY OPTIONS GO TO
**EXETERFINANCE.COM/AUTO-FINANCE/
CUSTOMER-CENTER**



CHECKING/SAVINGS ACCOUNT
(free payment option)



DEBIT/ATM CARD
(fees may apply)



PHONE
(fees payment option)



MAIL
(free payment option)





MONEYGRAM
(fees may apply)

WESTERN UNION
(fees may apply)



Paysafe:cash®



SCAN FOR EASY
ACCOUNT ACCESS

*Detach and send with payment. Write contract # on the check or money order payable to Exeter Finance LLC. Please do not send cash.*

**About This Statement -** This communication is an attempt by Exeter Finance LLC to collect a debt, and any information received in response to this communication will be used for that purpose.

**Insufficient Funds -** You may be assessed a fee as allowable by state law if your payment is returned unpaid by your bank.

**Late or Early Payments –** The Finance Charge, Total of Payments, and Total Sale Price disclosed on your retail installment contract assume that you will make every payment by the day it is due. These amounts will be more if you pay late or less if you pay early.

**Late Fees -** Late or missed payments may result in late fee charges. Please refer to your retail installment contract for details.

**Paying Off Your Contract -** If you want to pay off your contract before the end of the term, call 800-321-9637. Payoff quotes are subject to change, according to recent activity on your contract. You will typically receive a title or lien release, depending on the state the vehicle is titled in, 30 days after your contract is paid in full (or earlier as required by state law). Please note that any change impacting the balance, such as a payment reversal, for example, will render the quoted payoff amount invalid.

**Insurance Requirements -** You are required to maintain collision and comprehensive insurance on your financed vehicle, per your retail installment contract. The insurance must meet the following criteria:

• Deductible is $1,000 or less.
• Exeter Finance LLC is listed as the lien holder/loss payee. The lien holder address is: Exeter Finance LLC, PO Box 369, Carmel, IN 46082.
• Coverage is in effect from the time of purchase through the duration of your contract term. (NOTE: Any changes to your insurance coverage should be sent to: Exeter Finance LLC, PO Box 369, Carmel, IN 46082.)

**Notice to Consumer -** We may report information about your contract to credit bureaus. Late payments missed payments or other defaults on your contract may be reflected in your credit report.

**Credit Reporting Disputes -** If you believe Exeter Finance LLC reported incorrect or incomplete information about your account to the credit bureau, write to Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097. Identify the information and tell us why you believe it is incorrect or incomplete. If you have a copy of the credit report which shows the disputed information, please include a copy of your correspondence.

**Use of Your Credit Report -** You agree that we may request and utilize your credit report(s) at any time during the term of your contract for the purpose of reviewing, updating, renewing or extending credit, taking collection action or for other legitimate business purposes associated with your contract referenced on the front side of this statement.

**Bankruptcy Notifications -** Bankruptcy notifications should be sent to Exeter Finance LLC, PO Box 166300, Irving, TX 75016 or simply call 800-321-9637. If you are entitled to the protections of the U.S. Bankruptcy Code (11 U.S.C §§ 362;524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

**Notice About Check Processing -** When you provide a check as payment, you authorize Exeter Finance LLC either to use information from your check to make a one-time electronic fund transfer from your account, according to the terms of your check, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

# QUESTIONS?

 **800-321-9637**

 **CHAT WITH AN AGENT**

 **www.exeterfinance.com**

 **SECURELY EMAIL US**



Contract activity as of last statement date.



Detach and send with payment. Write contract # on the check or money order payable to Exeter Finance LLC. Please do not send cash.

## PAYMENT COUPON

PRUDENCE DESTY
ANDY DESTY
3495 BUCKHEAD LOOP NE # 18879
ATLANTA, GA 30326-1528

| CONTRACT #: | TOTAL DUE: | TOTAL DUE BY: |
|---|---|---|
| 1359985 | $1,199.56 | 03/16/2024 |

☐ **Yes, sign me up for AutoPay. My completed authorization is on the back.**

**Amount Enclosed $**

☐ **My contact information has changed:**

Street Address _____

City, State, ZIP _____

Phone # _____

Mobile # _____

**Permission to call this mobile number?** ☐ Yes ☐ No

Exeter Finance LLC
PO BOX 650598
DALLAS, TX 75265-0598

68068112051359985100100058515001199563

## AUTHORIZATION AGREEMENT FOR RECURRING AUTOMATED DIRECT PAYMENT PLAN

**$585.15**          **04/16/2024**

**Amount of Each Payment**        **Start Date for AutoPay**        **Email Address**

**Bank Routing #**        **Checking Account #**        **Name of Bank or Financial Institution ("Bank")**

By signing below, you authorize Exeter Finance LLC ("Company") to initiate recurring electronic automated clearing house (ACH) debit entries from your Checking Account indicated above, at the Bank named above, in order to make payments on your Exeter Finance LLC contract and, if necessary, to initiate transactions to correct any erroneous payment debit. Your AutoPay payments will begin on the Start Date listed above and will occur on the same date each month thereafter until your Exeter Finance LLC contract is paid in full, terminated by Company (as provided below), or you revoke this authorization (as provided below). If any payment date falls on a weekend or holiday, the payment will be executed on the next business day. If the outstanding balance you owe on your Exeter Finance LLC contract is less than the payment amount stated above, you understand and agree that the final payment will be an amount equal to your total outstanding balance.

If your Bank is unable to process any electronic ACH debit entry, you authorize Company to resubmit the ACH debit entry up to two additional times within the next 30 days, and/or to submit a paper draft to your Bank for processing and payment. If your payment (whether in the form of an electronic ACH debit or a paper draft) is dishonored or returned unpaid by your Bank, you agree that Company may charge a return item fee and/or a late charge (if and to the extent applicable) to your Exeter Finance LLC contract, to the extent allowed by law and/or your Exeter Finance LLC contract. You also acknowledge that your Bank may also impose its own additional fees according to your Deposit Account Agreement with such Bank. You acknowledge that the origination of ACH debit entries to your Checking Account must comply with and will be governed by the provisions of applicable laws and rules of the National Automated Clearing House applicable to the transaction.

This authorization will remain in full force and effect until Company has received written notification from you (or either one of you) of termination at the address above or you have provided verbal notification by calling us at 800-321-9637. You agree to notify Company in writing of any changes in your Checking Account information or termination of this authorization at least 15 days prior to the next billing date to afford a reasonable opportunity for Company and Bank time to act. Company may, at any time, terminate your right to make recurring electronic clearing house (ACH) debit entries. Termination of this authorization by either you or us does not affect your obligation(s) under your Exeter Finance LLC contract.

**Authorized Name on Your Account**        **Signature**        **Today's Date**

6:37 ∞ M M △ M ⊳ •      ☎ 🛜 ⊿ 66%▮

< 👤  **+18448441901** ⌄      ⋮

Attachment F5

This message is from an unsaved number.
Beware of smishing and phishing.

( **Block number** )

Tuesday, February 13

**Exeter Finance**:Reminder of your upcoming pmt. Call 800-321-9637 or visit http://ac.myexe .co. See disclosures at http://mm.myexe.co Reply STOP to opt-out of text

4:52 PM

🖼 📷 +        ☺ ᪮

|||        ◯        ‹



Rhode Island Department of State
**Gregg M. Amore**
Secretary of State

HOME      BUSINESS SERVICES      ELECTIONS      CIVICS AND EDUCATION

## Entity Summary      *Attachment G*

**ID Number: 001673548**      [Request certificate]   [New search]

**Summary for: Exeter Finance LLC**

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company:** Exeter Finance LLC |
| **Converted from Exeter Finance Corp. on** 05-08-2017 |
| **Entity type:** Foreign Limited Liability Company |
| **Identification Number:** 001673548 |
| **Date of Registration in Rhode Island:** 05-08-2017      **Effective Date:** 05-08-2017 |
| **Organized under the laws of: State:** DE **Country:** USA |

**The location of the Principal Office:**

Address:   2101 W. JOHN CARPENTER FREEWAY

City or Town, State, Zip, Country:      IRVING,  TX  75063   USA

**The mailing address or specified office:**

Address:   2101 W. JOHN CARPENTER FREEWAY

City or Town, State, Zip, Country:      IRVING,  TX  75063   USA

**Agent Resigned:** N      **Address Maintained:** Y

**The name and address of the Resident Agent:**

Name:      CORPORATION SERVICE COMPANY

Address:   222 JEFFERSON BOULEVARD, SUITE 200

City or Town, State, Zip, Country:      WARWICK,  RI  02888  USA

**The limited liability company is to be managed by its Managers**

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | JASON WADE GRUBB | 2101 W. JOHN CARPENTER FREEWAY IRVING, TX 75063 USA |

**Purpose:**

MOTOR VEHICLES SALES FINANCE

**North American Industry Classification System Code(NAICS):**

522220 Sales Financing

**View filings for this business entity:**

ALL FILINGS
Amendment to Application for Registration
Annual Report
Annual Report - Amended
Annual Report - Reinstatement

Click here to access 2006 and 2007 annual reports filed prior to July 25, 2007. The corporate ID is required.

[View filings]

[New search]

Business Services Division |     Rhode Island Department of State