```
FILED IN CLERK'S OFFICE
     U.S.D.C. - Atlanta

    JAN 23 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk
```

Andy Desty
c/o 3495 Buckhead Loop NE, Ste 18579
Atlanta, GEORGIA [30326]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ANDY DESTY,** <br> **Plaintiff.** <br><br> vs. <br><br> **EXETER FINANCE, LLC et al** <br> **Defendant.** | CIVIL ACTION FILE <br><br> NO. 1:24-CV-02227-SDG-JEM <br> IN RE: CLASS ACTION LAWSUIT <br><br> NOTICE TO COURT DEMANDING THE FOLLOWINGS IMMEDIATELY UNDER SUPREME COURT'S RULINGS AND DECISIONS AND MUST REMAIN INVIOLATE: |

**NOTICE TO COURT DEMANDING THE FOLLOWINGS IMMEDIATELY UNDER SUPREME COURT'S RULINGS AND DECISIONS AND MUST REMAIN INVIOLATE:**

1. **TO RECUSE AND DISQUALIFY COUNSEL (THE DEFENDANT'S LAWYER) BECAUSE HIS POSITION, IN THIS CASE, VIOLATES AND IS IN CONFLICTS WITH THE SUPREME COURT'S RULINGS AND DECISIONS IN** *People v. California Protective Corporation*, 76 Cal. App. 354, 244 Pac. 1089; **and** *People v. Merchants Protective Corps*, 189 Cal. 531 (Cal.1922).

2. **TO GRANT DOC. 29 WITH PREJUDICE UNDER THE UNITED STATES SUPREME COURT'S RULING AND DECISION IN** *First National Bank of Tallapoosa v. Monroe*, 135 GA 614, 69 SE1124, 32LRA (NS) 550 **BECAUSE THE DEFENDANT TRICKED PLAINTIFF AND COMMITTED LOAN FRAUD.**

3. **PLAINTIFF'S PROPERTY MUST BE RETURNED TO PLAINTIFF IMMEDIATELY UNDER THE UNITED STATES SUPREME COURT'S RULING AND DECISION IN** *Carpenter v. Longan*, 83 U.S. 271, 274 (1872). **AND IF THERE WAS A CONTRACT, THE PROMISSORY NOTE AND THE DEED TO THE PROPERTY MUST HAVE BEEN PROVIDED TO THE COURT ALREADY BY THE DEFENDANT.**

## FOR THE RECORD TO STAY IN THE RECORD

**COMES NOW**, PLAINTIFF, **Andy Desty**, *sui juris*, respectfully moves this Court under the authorities of United States Supreme Court's rulings and decisions stated above to GRANT this Demand and **Doc.** 29 with PREJUDICE in accordance with the law and to strike **Doc.** 30 with PREJUDICE because Defendant never proved to this Court a valid/lawful contract showing his original signature and Plaintiff's.

### AUTHORITIES AND DEFINITIONS

***People v. California Protective Corporation***, 76 Cal. App. 354, 244 Pac. 1089

*"A corpora- tion can neither practice law nor hire lawyers to carry on the business of practicing law for it."*


***People v. Merchants Protective Corps***, 189 Cal. 531 (Cal.1922)

*"Since, as has been seen, the practice of law is not a lawful business except for members of the bar who have complied with all the conditions required by statute and rules of the courts, and as this condition **cannot** be performed by a **corpora- tion**, it follows that the practice of law is not lawful business for a corporation to engage in. **As it cannot practice law directly, it cannot do so indirectly, by employing competent attorneys to practice for it**, as that would be an evasion which the law will **not** tolerate." (2 R.C.L. 946.)*


***First National Bank of Tallapoosa v. Monroe***, 135 GA 614, 69 SE1124, 32 LRA (NS) 550

*"The Defendant is not a federal bank and CANNOT loan its own credit to another for whatsoever."*

***Carpenter v. Longan***, 83 U.S. 271, 274 (1872)

*"The note and mortgage are insepar- able; the former as essential, the latter as an incident. An assignment of the note carries the mortgage with it, while an assignment of the latter alone is a nullity." In other words, "Where a promissory note goes, a deed of trust must follow. THE DEED AND THE NOTE CANNOT BE SEPERATED."*

## CONCLUSION

WHEREFORE, counter-plaintiff, Andy Desty, is entitled to judgment (**Doc.** 29) and property **pursuant to** the United States Supreme Court's rulings and decisions stated above, and THEREBY demands this Court to recuse Defendant's counsel because his presence and all his gibberish statements in this case are in conflicts with the laws stated above. Furthermore, Plaintiff hereby moves this Court to GRANT this Demand in favor of counter-Plaintiff and on all his claims, for which let execution issue.

Respectfully submitted on January 21st, 2025, in the State of Georgia.

By: Andy: Desty, *sui juris/*

*(authorized representative)*, Plaintiff

All Unalienable Rights Reserved Without Prejudice UCC 1-308, Without Recourse.

Andy Desty
c/o 3495 Buckhead Loop NE Ste 18579
Atlanta, Georgia [30326]
godkeyboard@gmail.com

## NOTICE TO THE CLERK OF COURT TO PERFORM HIS/HER DUTY IN ACCORDANCE WITH THE LAW

**Pursuant to *18 U.S. Code § 2076* - Clerk of United States District Court – QUOTE:**

*"Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both."*

Dated this January 21st, 2025.

By: Andy: Desty, *Sui Juris/*
*(Undersigned, authorized representative)*, Plaintiff

All Rights Reserved - Without Prejudice UCC 1-308, Without Recourse.

*[signature]*

Andy: Desty
c/o 3495 Buckhead Loop NE, Ste 18579
Atlanta, Georgia [30326]
godkeyboard@gmail.com

## CERTIFICATE OF SERVICE

I, Andy: Desty, Plaintiff hereby declare under penalty of perjury on this 21st day of January 2025, that this foregoing is true and correct due to my knowledge of the facts presented herein and to the applicable laws stated above by the authorities of the United States Supreme Court. I hereby certify that a true and correct copy of this foregoing was filed in person and made upon the U.S.D.C. Court Clerk in person and a true copy has been provided to the Clerk of the Court of U.S.D.C. and a copy has been provided to the Defendant, through his/its attorney or representative of record via First Class Mail by the referenced contact below:

**The Clerk of Court**
**22nd Floor of the United States Courthouse**
75 Ted Turner Drive, SW
Atlanta, Georgia 30303


**EXETER FINANCE, LLC**
c/o Alan D. Leeth, attorney for Defendant
BURR & FORMAN LLP
Georgia Bar No. 472031
1075 Peachtree Street NE, Ste 3000
Atlanta, GA 30309
Tel: 404-815-3000
Email: aleeth@burr.com

By: /sj/ Andy Desty

Plaintiff, undersigned, *sui juris*. All unalienable rights reserved without prejudice per UCC 1-308

godkeyboard@gmail.com