**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ANDY DESTY,

                Plaintiff,

vs.

EXETER FINANCE, LLC,

                Defendant.

CIVIL ACTION FILE

NO. 1:24-cv-02227-SDG

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation on defendant's motion to dismiss, and the court having adopted the same and granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice.

Dated at Atlanta, Georgia, this 27th day of March, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ T. Schoolcraft           
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 27, 2025
Kevin P. Weimer
Clerk of Court

By:   s/ T. Schoolcraft           
        Deputy Clerk